

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00078-CR

_____

IN RE:   BOBBY YATES

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM  OPINION

Bobby Yates filed a petition for writ of mandamus in which he asked this Court to order the 6th Judicial District Court of Lamar County to withdraw a gag order entered in connection with an underlying sexual assault case, and also to direct that court to withdraw its denial of his motion for continuance.  We have received a response from the trial judge, with copies of orders attached which rescind the gag order in its entirety and grant a continuance so that a newly retained attorney can represent Yates at trial.   The issues raised by the mandamus are therefore moot.

We deny the petition for writ of mandamus.


                                        Bailey C. Moseley
                                        Justice


Date Submitted:      April 25, 2011
Date Decided:        April 26, 2011

Do Not Publish